# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICKIE SHELLMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PUBLIX STORE 0505, as self and )<br>d/b/a )<br>PUBLIX SUPERMARKETS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.<br>21106481 |

## NOTICE OF REMOVAL OF
## PUBLIX SUPER MARKETS, INC.

COMES NOW, PUBLIX SUPER MARKETS, INC. ("Defendant"), a named Defendant in the above-styled action, pursuant to 28 U.S.C. §§ 1332 and 1446, and within the time prescribed by law, files this Notice of Removal, and respectfully shows the Court the following facts:

1. Plaintiff filed suit against Defendant in the Superior Court of Cobb County, State of Georgia. The suit is styled as above and numbered Civil Action File No. 21106481 in that Court.

2. Plaintiff is a natural person who is a citizen of Georgia.

3. Defendant is a foreign corporation with its principal place of business in the

Page **1** of **4**
*Shellman vs. Publix Super Markets*
Notice of Removal

7910985v.1

State of Florida.

4. Defendant consents to the removal of this case to the United States District Court for the Northern District of Georgia, Atlanta Division.

5. Complete diversity exists between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332(a)(1).

6. Plaintiff contends she is entitled to $15,000 in special damages, $935,000 in partial-permanent disabilities and physical and psychological pain and suffering, and $35,000 in consequential damages by virtue of her Complaint. Accordingly, the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

7. This is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and is between citizens of different states. Accordingly, this is a civil action which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441.

8. This Notice is filed within thirty days of purported service upon Defendant on September 7, 2021, pursuant to the requirements of 28 U.S.C. § 1446(b).

Page **2** of **4**
*Shellman vs. Publix Super Markets*
Notice of Removal

7910985v.1

9.  Defendant has attached hereto copies of all process, pleadings, and orders filed in the state court in this case as follows:

- Exhibit 1: Civil Cover Sheet – Cobb County
- Exhibit 2: Complaint
- Exhibit 3: Affidavit of Service as to Defendant
- Exhibit 4: Notice of Removal to State Court

WHEREFORE, Defendant prays this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 7th day of October, 2021.

                COPELAND STAIR KINGMA & LOVELL, LLP

                By: */s/ Charles M. McDaniel, Jr.*
                CHARLES M. MCDANIEL, JR.
                Georgia Bar No. 487905
                JALISA R. STEVENS
                Georgia Bar No. 391232

                *Counsel for Defendant*

Copeland Stair Kingma & Lovell, LLP
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
   ……….
P.O. Box 56887
Atlanta, GA 30343-0887
cmcdaniel@cskl.law
jstevens@cskl.law

Page **3** of **4**
*Shellman vs. Publix Super Markets*
Notice of Removal

7910985v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of **NOTICE OF REMOVAL** upon all counsel of record, by electronic filing and/or United States mail, postage prepaid, and properly addressed as follows:

Charles L. Webb, Esq.
Attorney Charles L. Webb Inc.
Park Ridge 85
2900 Chamblee Tucker Road, Building 1
Atlanta, GA  30341
MRCLW1@bellsouth.net
*Counsel for Plaintiff*

This 7th day of October, 2021.

COPELAND STAIR KINGMA & LOVELL, LLP

By:  */s/ Charles M. McDaniel, Jr.*
     CHARLES M. MCDANIEL, JR.
     Georgia Bar No. 487905
     JALISA R. STEVENS
     Georgia Bar No. 391232
     *Counsel for Defendant*

Copeland Stair Kingma & Lovell, LLP
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
    ..........
P.O. Box 56887
Atlanta, GA 30343-0887
cmcdaniel@cskl.law
jstevens@cskl.law

Page **4** of **4**
*Shellman vs. Publix Super Markets*
Notice of Removal

7910985v.1